## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Marcy Lucchesi

                                        Plaintiff,

v.                                                                                Case No.: 1:24−cv−01732

                                                                                                  Honorable Jorge L. Alonso

Camelot ALT ED−Illinois, LLC, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 24, 2024:

       MINUTE entry before the Honorable Jorge L. Alonso: In light of Plaintiff's Notice of withdrawal of motion for discovery and stay [17], Plaintiff's Motion to allow jurisdictional discovery and stay deadline to file motion to remand [11] is withdrawn. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.